STATE v. MELVIN

No. 148P00

Case below: 136 N.C.App. 849

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 July 2000.

STATE v. PINKLETON

No. 260P00

Case below: 138 N.C.App. 168

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 12 July 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 July 2000.

STATE v. SALTERS

No. 233P00

Case below: 137 N.C.App. 553

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 12 July 2000. Second petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 12 July 2000.

STATE v. SHIPP

No. 154P00

Case below: 136 N.C.App. 233

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 12 July 2000.

STATE v. SOUTHERN

No. 232P00

Case below: 137 N.C.App. 773

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 July 2000.